

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Ex parte Patrick Hawthorne,

\* From the 259th District Court
 of Jones County
 Trial Court No. 024014.

No. 11-16-00337-CR

\* December 31, 2018

 \* Memorandum Opinion by Wright, S.C.J.
 (Panel consists of: Bailey, C.J.,
 Gray, C.J., sitting by assignment,
 and Wright, S.C.J., sitting by
 assignment)
 (Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the order below. Therefore, in accordance with this court's opinion, the order of the trial court is in all things affirmed.